AO 238 (Rev. 03/11) Arrest Warrant and Notice Before Arrest

LOGGED ___ RECEIVED ___

DEC 06 2016

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MARYLAND

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

CM/ECF Case No. 1:16-MJ-02439-ADC

| United States of America | Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|---|
| v. | MD41 | 6018102 | 06/15/2016 |
| **CARTER, MAURICE I** | Offense(s) | | Amount Due |
| [REDACTED] | ATTEMPT BY DRIVER TO ELUDE UNIFORMED POLICE BY FLEEING | | APPEARANCE REQUIRED |
| Defendant | | | |

## ARREST WARRANT

**FAIL TO APPEAR FOR INITIAL APPEARANCE ON 12/2/16.**

Case: 1:22-mj-00024
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/7/2022
Description: ARREST RULE(5)

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued: December 6, 2016
@ 0900 hrs.

*Judge's Signature*
**A. DAVID COPPERTHITE**

### Return

| **Received** | Date: 12/6/2016 | Location: District of Maryland |
|---|---|---|

*Executed by the arrest of the defendant.*

| **Arrested** | Date: 2/4/2022 | Location: Washington, DC |
|---|---|---|

Name: Justin Trotman   Title: DUSM   District: D/DC
Date: 2-7-2022   Signature: ___