# United States District Court
## Violation Notice

CVB Location Code: M41

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6018102 | Roventini | 1282 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/15/2016 5:54AM
Offense Charged: ☒ State Code — MVL 21-904(b)(2)

Place of Offense: VCP1

Offense Description: Factual Basis for Charge:
Attempt by driver to elude uniformed police officer by fleeing on foot

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Carter
First Name: Maurice
M.I.: I

Street Address: 4842 Texas Ave SE
City: Washington  State: DC  Zip Code: 20019
Date of Birth: 12/25/1981

Social Security No.: 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

☒ Adult  ☐ Juvenile  Sex: ☒ Male  ☐ Female
Hair: Blk  Eyes: Brwn  Height: 5'10  Weight: 220

### VEHICLE
VIN: 1C4PJMCBX6W161916
Tag No: ZZZ 300D  State: IL  Year: 16  Make/Model: Jeep/Cherokee  Color: Gray

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: TBD
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev 09/2015)  Original – CVB Copy

CVB SCAN JUL 12, 2016 16:52

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident